Gerald M. HOCKING,
Plaintiff–Appellant,

v.

Maylee DUBOIS and Vitousek & Dick Realtors, Inc., a Hawaii corporation, Defendants–Appellees.

No. 85–1932.

United States Court of Appeals,
Ninth Circuit.

Aug. 1, 1988.

Before GOODWIN, Chief Judge, BROWNING, WALLACE, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, and TROTT, Circuit Judges.

ORDER

Upon the vote of a majority of the nonrecused active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.